THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNY A. BULL et al., Appellants, *v.* THE CITY OF BUFFALO, Respondent.

*People ex rel. Bull* v. *City of Buffalo,* 52 App. Div. 157, affirmed.
(Argued February 27, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 8, 1900, affirming an order of Special Term dismissing a writ of certiorari and confirming an assessment for a local improvement in the city of Buffalo.

*Henry Adsit Bull* and *Benjamin F. Folsom* for appellants.

*W. H. Cuddeback* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Not voting : HAIGHT, J.